UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Craig Lyle Campbell and Kim Ann Webster-Campbell<br><br><br><br>Debtor(s)<br><br>First Security Bank<br><br><br>Plaintiff(s)<br><br>Craig Lyle Campbell<br>Kim Ann Webster-Campbell<br><br>Defendant(s) | BK No.: 10-50562<br><br>Chapter: 7<br><br>Honorable Donald R. Cassling<br><br><br><br>Adv. No.: 16-00102 |

**Order Scheduling Regarding Motion to Dismiss Adversary Proceeding**

Response is due on or before May 10, 2016.

Reply is due on or before May 17, 2016.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: April 26, 2016